UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CASTRO MARIN,

      Plaintiff,

      v.                             Case No.:  6:26-cv-00822-GAP-DCI

LOUIS A. QUINONES, SECRETARY
OF DHS MARKWAYNE MULLIN,
TODD BLANCHE, GARRET RIPA,

      Defendants,

                                     /

### ORDER

Upon consideration of the Writ of Habeas Corpus filed by Petitioner Juan Castro Marin ("Petitioner") (Doc. 1), and the Court's recent experience with similar cases where the Government has sought to relocate petitioners before the Court has an opportunity to rule on the merits (*see, e.g., Nahadian Fard v. Bondi et al.*, No. 6:26-cv-157-GAP-RMN, Doc. 23 (M.D. Fla. Feb. 12, 2026)), it is **ORDERED** that:

1. Respondents and those in privity with them are hereby **TEMPORARILY RESTRAINED AND ENJOINED** from moving Petitioner Juan Castro Marin out of the Middle District of Florida until further order of the Court. *See Garcia v. Quinones et al.*, No. 6:26-cv-181-GAP-DCI, Doc. 6 (M.D. Fla. Jan. 26, 2026).

2. Respondents shall **SHOW CAUSE** in writing by **12:00 PM on April 17,**

**2026,** as to why the Court should not grant the Petition (Doc. 1).

3. **TAKE NOTICE** that the Court will consider this matter at a hearing **on April 21, 2026, at 10:00 AM**. Respondents are **ORDERED** to produce Petitioner Juan Castro Marin in person at the hearing.

The Clerk is directed to **IMMEDIATELY** serve a copy of the Petition (Doc. 1) and this Order in the manner indicated to the parties noted below.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 15, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director by email at
OPLAORLFEDLIT@ice.dhs.gov

Office of the United States Attorney by certified mail at 400 West Washington Street, Suite 3100, Orlando, FL 32801 and by email at
USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email at irmpickupdesk@ocfl.net and so-as-legalservices@ocsofl.com  and OCCDRecords@ocfl.net
and Juanita.Beason@ocfl.net

- 3 -

Markwayne Mullin, Secretary, by certified mail at Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, DC 20528

Garrett Ripa, Miami Field Office Director, by certified mail at United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, FL 33324

United States Attorney General by certified mail at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Marshals by email at usms-mfl-orl@usdoj.gov.